**No. 39833.**—Protests 842122–G, etc., of Matteucci & Vannucci Co. et al. (San Francisco).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) and *Locatelli* v. *United States* (T. D. 49302) the protests were sustained.

**No. 39834.**—Protest 920621–G of Sheffler Merchandise Co., Inc. (New York).

Opinion by KEEFE, J. The protest was sustained in accordance with stipulation of counsel.

**No. 39835.**—Protests 941803–G, etc., of King Kor Ling & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 39836.**—Protest 949631–G of St. Peter's Church (New York).

Opinion by KEEFE, J. Following Abstract 43704 the court held the funeral pall in question not to be included within the term regalia and therefore overruled the protest.

**No. 39837.**—Protest 935774–G of Capitol Distributors Corp. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 39838.**—Protest 925568–G of Asbestos Limited Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 39839.**—Protest 927539–G of Zenith Novelty Co., Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, NOVEMBER 15, 1938

**No. 39840.**—Protests 943949–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of Abstract 34593 the novelty brushes in question were held dutiable at 50 percent under paragraph 1506 as claimed.